UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TRUSTEES OF THE DISTRICT COUNCIL NO. 9 ) 
PAINTING INDUSTRY INSURANCE FUND and ) Index No.: 25-CV-02964 (KMK)
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
PAINTING INDUSTRY ANNUITY FUND and )
TRUSTEES OF THE DISTRICT COUNCIL NO. 9 )
FINISHING TRADES INSTITUTE and TRUSTEES )
OF THE INTERNATIONAL UNION OF PAINTERS )
AND ALLIED TRADES NATIONAL PENSION FUND )
and DISTRICT COUNCIL NO. 9, INTERNATIONAL )
UNION OF PAINTERS AND ALLIED TRADES, )
)
                Plaintiffs, )
) DEFAULT JUDGMENT
-against- )
)
A.M.P. CONSTRUCTION CORP., )
)
                Defendant.

---

This action having been commenced on April 10, 2025, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been served on the Defendant, A.M.P. Construction Corp. on April 14, 2025, via NYS Secretary of State and said Proof of Service having been filed with the Clerk of the Court on April 30, 2025, and the Defendant not having appeared, answered or otherwise moved with respect to the Complaint within the time allowed by law, and the time for appearing, answering or otherwise moving having expired it is,

ORDERED, ADJUDGED AND DECREED: that the Plaintiffs have judgment against Defendant in the liquidated amount of ($ 10,313.10), which includes the following: contributions due and owing in the sum of $5,458.08 for the audit period January 1, 2019, through to and including June 30, 2022; interest in the sum of $ 119.40 calculated at 2% above prime per annum from the due date for each delinquent month through June 30, 2022 on the unpaid contributions; liquidated damages in the sum of $1,091.62 calculated at 20% of the principal contribution amount owed;

attorneys' fees in the sum of $3,163.00; plus court costs and disbursements of this action in the sum of $481.00.

ORDERED, that the Judgment rendered by the court on this day in favor of the Plaintiffs be entered as a final judgment against Defendant and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: White Plains, New York
      September 3 , 2025

So Ordered:

_____
Honorable Kenneth M. Karas, U.S.D.J.